Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Alexandro Silva, Pro Se.

Before JONES, WIENER, and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Alexandro Silva has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Silva has not filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Silva's claims of ineffective assistance of counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

**Eartha Jean JOHNSON,
Plaintiff–Appellant**

v.

**UNITED AIRLINES,
INCORPORATED, Defendant–Appellee**

**No. 16-20331
Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Date Filed: 10/21/2016

---

Roy Joseph Rodney, Jr., John Karl Etter, Rodney & Etter, L.L.C., New Orleans, LA, for Plaintiff–Appellant.

Richard T. Stilwell, Alexander D. Burch, Baker & Hostetler, L.L.P., Houston, TX, for Defendant–Appellee.

Before JONES, WIENER, and CLEMENT, Circuit Judges.

PER CURIAM: *

This court has carefully considered this appeal in light of the briefs and pertinent portions of the record. In this contract dispute, plaintiff-appellant claims that she is entitled to Continental's highest frequent flyer status for life. The magistrate judge addressed all the issues raised by the parties and concluded that the appellant could not demonstrate the existence of a valid contract for the highest frequent flyer status for life. The district court adopted the magistrate judge's recommendation and granted the defendant's motion for summary judgment. We **AFFIRM** for essentially the reasons set forth in the district court.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.